FILED/REC'D

## UNITED STATES BANKRUPTCY COURT
Western District of Wisconsin

JUN 28 2017

### PAYMENT ADVICES COVER SHEET
in Accordance with 11 U.S.C. Sec. 521(a)(1)(B)(iv)

8:00 AM
CLERK
U.S. BANKRUPTCY COURT

**In re:**

Laurie B. Clausen

**Debtor(s)**

Case No.: 3-17-12159-cjf

---

*Please check the appropriate box.*

### For Debtor:

☐   Payment advices (pay stubs) are attached.

☐   No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☒   No payment advices (pay stubs) attached for other reason, or some payment advices missing ( please explain).   copy of letter from Social Security dated April 2017 regarding monthly payment information

### For Joint Debtor, if applicable:

☐   Payment advices (pay stubs) are attached.

☐   No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐   No payment advices (pay stubs) attached for other reason, or some payment advices missing ( please explain).   _____

---

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of __1__ sheets, numbered 1 through __n/a__, and that they are true and correct to the best of my knowledge, information and belief.

**Signature of Debtor:** _[signature]_     Date: 06/25/2017

**Signature of Joint Debtor:** _____     Date: _____

March 2006

0152

SOCIAL SECURITY ADMINISTRATION

Date: April 13, 2017
Claim Number: XXX-XX-2935A
XXX-XX-2935DI

LAURIE B CLAUSEN
16726 STATE HWY 131
GAYS MILLS WI 54631-7244

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2016, the full monthly
Social Security benefit before any deductions is......$ 1480.00

We deduct $110.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1370.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third Wednesday of each month.

Other Important Information

ADDITIONAL $29.70 IS DEDUCTED FOR MEDICARE PART C. NET MONTHLY AMOUNT IS $1340.30. NEXT MEDICAL REVIEW IS 03/2018.

Medicare Information

You are entitled to hospital insurance under Medicare beginning September 2015.

You are entitled to medical insurance under Medicare beginning September 2015.

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.