**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Laurie B Clausen | 17-12159-13 |
| Debtor | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtor filed a petition for relief under chapter 13 of the United States Bankruptcy Code on June 15, 2017.

2. The plan as filed is no longer feasible given the claims that have been filed and that insufficient attempts to resolve the situation have been made by the debtor.

   The debtor is in default under the terms of the plan in this case.  The payments required by the plan have not been made and no showing has been made of any just cause for the default.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before November 20, 2019** if you wish to contest this motion.  Any objection or request for hearing that you file must be filed with the court at the address listed below.  If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated:  October 30, 2019            /s/  Mark Harring
                                    Standing Chapter 13 Trustee

The Court's Address is:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| IN RE: | Case Number |
| Laurie B Clausen | 17-12159-13 |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, Chelsey Jones, state that on October 30, 2019 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

Laurie B Clausen
16726 State Highway 131
Gays Mills  WI  54631

I certify under penalty of perjury that the foregoing is true and correct

/s/  Chelsey Jones
Office of the Standing Chapter 13  Trustee