TO- United States Bankruptcy Court

120 N. Henry Street

Room 340

Madison, WI 53703-2599

FILED / RECEIVED

NOV 1 2 2019

8:00 AM
CLERK
U.S. BANKRUPTCY COURT

From –
Laurie B. Clausen
Case
17-12159-13

With copy to Mark Harring- Standing Chap 13 Trustee

This letter is to serve as my Objection to the Motion to Dismiss my Chap 13 case no 17-12159-13

At this time, I would like additional information regarding the plan being unfeasible. I am requesting explanation of how the plan is unfeasible. I have just paid my 28 of 36 payments.

The motion also states the payments required have not been made. That is not accurate.

In July, Sept, and October of 2019 I had several surgeries, with hospitalizations and serious complications. I am still recovering from these events. This was concerning to me, as in 2016 I did have breast cancer with a mastectomy. I did call the trustee office to let them know of my illness and that was reason for my delinquency.

✱ I am current as of this writing. Next payment not due till December 15, 2019

I take this matter very seriously. I would like chance to review the information and if that does prove that my plan is unfeasible – take action needed to amend my plan.

Thank you in advance.

Respectfully, laurie clausen

01192