① to Standing Chap 12 + 13 trustee    6/12/2020

② US Bankruptcy court.

FILED / RECEIVED
JUN 22 2020
8:00 AM
CLERK
U.S. BANKRUPTCY COURT

From -
Laurie Clausen
Case NO -
17-12159-13

This is to notify you of my Formal Objection to your notice dated 6-5-2020.

thank u.