11:00 AM  3-17-12159-cjf    ✓ Laurie Beth Clausen
            Ch 13                       Atty Green
            Trustee: Harring

# Madison

Moving: ✓ Leslie Brodhead-Griffith (608-256-4320)
Opposing:
Debtor or Plaintiff Attorney:                                                        ProSe / None
Matter:   Preliminary hearing on Motion by Trustee to Dismiss Case (Doc # 38)
          -Obj. Laurie Clausen DR Pro Se

**Judge Hearing Notes:**

OUTCOME:   Settled / Granted / Denied / W/D / Approved / Allowed / Disallowed / Sustained / Overruled / Dismissed

          Stip./Order by_____    ____Order by Court

          Order Docket No. _____

          ____ Plan confirmed:  ___Ch. 13 TR   ___Ch. 12 Atty.   ___Ch. 11 Atty. to submit proposed order confirming plan

DISMISSED:  Order by __Trustee__  Stay dismissal for __30__ days to:

          ___amend/modify plan   ___bring current   ___convert   ___file adv. proc.   _____ [misc.]

SCHEDULE:  TC   MSN   EAU   SUP   VIDEO   ZOOM   Date_____   Time_____   [Waive 30 ____]

          Parties agree that _____ [hours/days] will be sufficient to hear the matter & no continuances

          Issue Standard Pre-Hrg. Order [7/3] _____[Yes/No]

          Changes: _____

OTHER:    Motions/Briefs: _____

          ____ Under Advisement   Other: _____

___ORDER:  For the reasons stated from the bench,

   X  ECF                                    IT IS SO ORDERED:
                                                                                  ___ cc: parties in interest
                                                                                  ___ cc: parties appearing

                                             _____
                                             Hon. Catherine J. Furay, U.S. Bankruptcy Judge
                                             U.S. Bankruptcy Court for the Western District of Wisconsin