UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:   Laurie B Clausen                                              Case No. 17-12159-13

            Debtor(s)

TRUSTEE'S RECOMMENDATION OF MODIFIED CHAPTER 13 PLAN

Mark Harring, Standing 13 Trustee, by his attorney, recommends confirmation of the First Modified Chapter 13 Plan and Request to Modify Confirmed Plan filed as Document #52   on 10/28/2020 and states as follows:

1. Plan is modified to extend the plan term for an additional 12 months or until, we assume, until the secured claim of Crawford County Treasurer is paid in full. The plan payments are to remain at $200/mo. It is our estimate it will take approximately 9 months for the balance of this secured obligation to be paid.

2. Plan is modified to direct this office to make equal monthly payments to the Treasurer of $180/mo, likely on the assumption our fees are 10% however that is no longer true. Therefore, this office will make payments of $180/mo as directed and the remaining excess will be distributed to general unsecured claims.

3. The filing of these documents resolves the 9/29/2020 Court Order.

Dated:   October 28, 2020

                                                    Standing Chapter 13 Trustee

                                                    By:    /s/ *Leslie Brodhead Griffith*
                                                    Leslie Brodhead Griffith
                                                    Attorney for Trustee
                                                    131 W. Wilson St., Suite 1000
                                                    Madison, WI   53703-3260
                                                    (608) 256-4320