**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 29, 2020**



_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| In the Matter of: | In Proceedings for a Debt Repayment Plan Under Chapter 13 |
|---|---|
| Laurie B Clausen | Case Number 17-12159- 13 |

### AMENDED ORDER TO DEBTOR TO PAY THE TRUSTEE

TO   Laurie B Clausen
     16726 State Highway 131
     Gays Mills WI 54631

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that Laurie B Clausen the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

200.00  MONTHLY                          Due by: 11/15/2020

and to continue MONTHLY thereafter.

Said payment(s) to be by           Money Order, Cashiers Checks or via TFSBillPay.com
Money Orders and Cashiers Checks must    Include Your Name and Case Number       on them.
Your Case Number is:               17-12159

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis.  Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

Payments should be made to:    **Mark Harring Standing Trustee**
      and mailed to:            MARK HARRING CH 13 TRUSTEE
                                P.O. BOX 88004
                                CHICAGO IL 606801004

     Ch 13  Office Phone #      608-256-4320

This order supersedes any previous order made to you in this case.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###