**WILL GREEN LAW OFFICE, LLC**
**URBAN & TAYLOR BLDG.**
**4701 NORTH PORT WASHINGTON ROAD, SUITE 101**
**MILWAUKEE, WI 53212**
<willgreen@willgreenlawoffice.com>
**414-882-7666**
**414-460-3335 direct**

Re:  Laurie Clausen,  3-17-12159-cjf

To: Hon. Catherine J. Furay

Your Honor:

I wish to apologize to this court and the Chapter 13 Trustee for failing to see earlier messages from the clerk.  I believed the issue was being taken care of by a staff member who recently left without notice.

I have since made staff and procedural changes that should avoid these problems in the future. Nevertheless it is my name on the door, and this mistake is all my fault.

Today I uploaded the paperwork the clerk had asked for some time ago.

It is my hope that this satisfies the court, but I also understand why the court may believe some sanction is necessary.

I am in the meantime asking that this court adjourn the hearing one more time to review the paperwork filed as I have a divorce hearing in Dodge County that is right on the cusp of the 1:30 hearing.

Thank you for your patience and understanding in this matter.

*/s/William H Green*
SBN 1001678