1:30 PM   3-17-12159-cjf   Laurie Beth Clausen
Ch 13
Trustee: Harring

**Madison**
Moving: *LBC*
Opposing:
Debtor or Plaintiff Attorney: William Green (414-882-7666) for Laurie Beth Clausen
Matter:   Order to Show Cause on unsigned and unflattened Modified Plan along with missing 21 day notice and proof of service (Doc # 56)
Judge Hearing Notes:

OUTCOME:   Settled / Granted / Denied / W/D / Approved / Allowed / Disallowed / Sustained / Overruled / Dismissed

Stip./Order by _____   _____ Order by Court

Order Docket No. _____

_____ Plan confirmed: ___Ch. 13 TR   ___Ch. 12 Atty.   ___Ch. 11 Atty. to submit proposed order confirming plan

DISMISSED:   Order by _____ Stay dismissal for _____ days to:

___amend/modify plan   ___bring current   ___convert   ___file adv. proc.   _____[misc.]

SCHEDULE: (TC)  MSN  EAU  SUP  VIDEO  ZOOM   Date 7/12/21   Time 1:30   [Waive 30 ____]

Parties agree that _____ [hours/days] will be sufficient to hear the matter & no continuances

Issue Standard Pre-Hrg. Order [7/3] _____[Yes/No]

Changes: _____

OTHER:   Motions/Briefs: _____

_____ Under Advisement   Other: *Atty Green must appear.*

___ORDER:   For the reasons stated from the bench,
IT IS SO ORDERED:

X  ECF
   ___ cc: parties in interest
   ___ cc: parties appearing

Hon. Catherine J. Furay, U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Western District of Wisconsin