1:30 PM   3-17-12159-cjf   Laurie Beth Clausen
Ch 13
Trustee: Harring

LBC

**Madison**

Moving:

Opposing: William Green (414-882-7666)   for Laurie Beth Clausen   No Appearance

Debtor or Plaintiff Attorney: William Green (414-882-7666) for Laurie Beth Clausen

Matter: Order to Show Cause on unsigned and unflattened Modified Plan along with missing 21 day notice and proof of service (Doc # 56)

Private Comment   MP and POS re-filed - no Notice, Request remains unsigned and unflattened, notifications on Notice docketed again

Judge Hearing Notes:

OUTCOME:   Settled / Granted / Denied / W/D / Approved / Allowed / Disallowed / Sustained / Overruled / **Dismissed**

Stip./Order by_____   X Order by Court

Order Docket No. _____

____ Plan confirmed: ___Ch. 13 TR   ___Ch. 12 Atty.   ___Ch. 11 Atty. to submit proposed order confirming plan

DISMISSED: Order by **Court**   Stay dismissal for _____ days to:

___amend/modify plan   ___bring current   ___convert   ___file adv. proc.   ___ _____ [misc.]

SCHEDULE: TC   MSN   EAU   SUP   VIDEO   ZOOM   Date_____ Time_____   [Waive 30 ___]

Parties agree that _____ [hours/days] will be sufficient to hear the matter & no continuances

Issue Standard Pre-Hrg. Order [7/3] _____[Yes/No]

Changes: _____

OTHER:   Motions/Briefs: _____

____ Under Advisement   Other: _____

X ORDER: For the reasons stated from the bench, **the Case is dismissed.**
IT IS SO ORDERED:

X ECF

___ cc: parties in interest
___ cc: parties appearing

Hon. Catherine J. Furay, U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Western District of Wisconsin