**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: July 19, 2021**

_____
**Hon. Catherine J. Furay
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:

Laurie Beth Clausen

    Debtor(s).

Case Number:  3−17−12159−cjf
Chapter:  13

### ORDER OF DISMISSAL

It appearing from the hearing held on 07/12/2021 at 1:30 PM, at the U.S. Bankruptcy Court, 120 North Henry Street, Madison, Wisconsin, that the above−entitled case should be dismissed, it is hereby

ORDERED that the above−entitled case be, and hereby is, dismissed.

IT IS FURTHER ORDERED that all fees related to the above−entitled case are due and owing. Motions for reconsideration of this order of dismissal will not be entertained by the Court unless all unpaid fees are paid at the time the motion is made.

###